```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CARLOS DEANS, | : | CIVIL ACTION |
| | : | NO. 11-7125 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE KENNEDY HOUSE, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **25th** day of **February, 2014,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. The Kennedy House Defendants' Motion for Summary Judgment (ECF No. 73) is **GRANTED.**

2. The Union Defendants' Motion for Summary Judgment (ECF No. 74) is **GRANTED.**

3. Plaintiff's Motion for Summary Judgment (ECF No. 71) is **DENIED.**

The clerk shall mark the case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**